**RECEIVED**
SEP 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: CASE NO. 07 1377

Phillippe' L. Smith AKA Paul Smith

PETITIONER

V.

ANTHONY WILLIAMS, et. al.

DEFENDANTS

HONORABLE JUDGE WALTON

MOTION FOR CHANGE OF ADDRESS

PLEASE BE ADVISED THAT ON 8-20-07 PETITIONER WAS TRANSFERED FROM CCA/CTF — 1901 E ST. — S.E — WASHINGTON, D.C. 20003 TO THE FEDERAL BUREAU OF PRISONS, AND IS CURRENTLY HOUSED AT F.T.C. OKLAHOMA CITY — P.O. BOX 898801 — OKLAHOMA

(1-OF 2)

CITY , OK 73189 .

FOR PURPOSE OF IDETIFICATION THE REGISTRATION NUMBER OF 17712-083 SHOULD BE LABLED ON ALL CORROSPONDANCE AFTER NAME OF PETITIONER . ALSO ORDER SHOULD BE ISSUED FOR PETITIONER TO BE GIVEN INK PEN AND LEGAL SIZE PAPER , AS THE FEDERAL BUREAU OF PRISONS REFUSES TO ISSUE .

RESPECTFULLY SUBMITTED

*Phillippé L. Smith-Pro-Se*

PHillippé L. SMITH - PRO-SE

9-12-07

(2-OF 2)