**FILED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIPPE L. SMITH, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1377 |
| ANTHONY WILLIAMS *et al.*, ) | |
| Defendants. ) | |

### ORDER DISMISSING ACTION

It is hereby

ORDERED that this civil action is DISMISSED without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order, Oct. 23, 2007.

SO ORDERED.

Date: 5/9/08

United States District Judge

